UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                               Case No. 11-20281-D1
                               Case No. 11-20282-D3
                               HONORABLE DENISE PAGE HOOD

RICKY BROWN,

    Defendant.

                                          /

## ORDER REGARDING MOTIONS IN LIMINE

       This matter is before the Court on Motions in Limine filed by the parties. Responses were filed and a hearing was held on the matter. For the reasons set forth on the record,

       IT IS ORDERED that the Government's Motion in Limine (**Case No. 11-20281, Doc. No. 23, filed 2/9/2012**) is GRANTED. Evidence, testimony, questioning or arguments regarding Michigan's state or local laws on medical marijuana will not be allowed at trial.

       IT IS FURTHER ORDERED that Defendant's Motion in LImine (**Case No. 11-20282-D3, Doc. No. 71, filed 2/9/2012**) is GRANTED IN PART and DENIED IN PART. Any evidence, testimony, questioning or arguments will not be allowed at trial relative to the 1993 carrying concealed weapon charge and the 1997 acquittal of charges for delivery and manufacture of cocaine/heroin, delivery and manufacture of marijuana and felony firearm. Evidence regarding the guilty plea conviction relative to the conspiracy to possess with intent to distribute marijuana charge (Case No. 99-80416, Eastern District of Michigan), will be allowed at trial.

Dated: May 10, 2012                           S/Denise Page Hood
                                                    Denise Page Hood
                                                      United States District Judge

**11-20281-01, 11-20282-03**
**Order Regarding Motions in Limine**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 10, 2012, by electronic and/or ordinary mail.

                                              S/LaShawn R. Saulsberry
                                              Case Manager